IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD., TTE TECHNOLOGY, INC., HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE (US) INC., AND BLACKBERRY LIMITED,<br><br>    Defendants. | CIVIL ACTION NO. 4:18-cv-767-ALM<br><br><br><br>JURY TRIAL DEMANDED |

**AMERICAN PATENTS' NOTICE OF DISCOVERY DISCLOSURES**

Plaintiff American Patents LLC hereby notifies the Court that it has complied with the Court's April 4, 2019 Scheduling Order by serving its Preliminary Infringement Contentions and Patent Local Rule 3-1 and 3-2 disclosures on counsel for Defendants via electronic mail on April 19, 2019.

Dated: April 22, 2019

Respectfully submitted,

/s/ Zachariah S. Harrington

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis

1

Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*