IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> TCL CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 4:18-cv-767-ALM <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS BLACKBERRY

WHEREAS, and Plaintiff American Patents LLC ("American") and Defendant BlackBerry Limited ("BlackBerry") have resolved American's claims for relief against BlackBerry asserted in this case.

NOW, THEREFORE, American and BlackBerry, through their attorneys of record, request this Court to dismiss all of American's claims for relief between American and BlackBerry with prejudice and dismiss BlackBerry's counterclaims against American with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: July 22, 2019

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*


*/s/ Jason W. Cook*
Jason W. Cook (TX 24028537)
Shaun W. Hassett (TX 24074372)
Kuan-Chieh Tu (TX24090443)
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(T) (214) 932-6400
(F) (214) 932-6499
jcook@mcguirewoods.com
shassett@mcguirewoods.com
gtu@mcguirewoods.com

George B. Davis (VA 83165)

1

MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-1129
Tel: (804) 775-1000
Fax: (804) 225-5377
gdavis@mcguirewoods.com

*Counsel for BlackBerry Limited*